UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM JAMES WINNINGHAM,<br><br>Petitioner,<br><br>v.<br><br>LYNNWOOD CITY MUNICIPAL COURT,<br><br>Respondent. | CASE NO. C17-0232-JCC-BAT<br><br>ORDER |

The Court, having reviewed Petitioner Adam James Winningham's 28 U.S.C. § 2254 habeas petition (Dkt. No. 1), the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 5), the lack of objections thereto, and the remaining record, hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 5) is ADOPTED;
2. Winningham's habeas petition (Dkt. No. 1) is DISMISSED without prejudice;
3. The Clerk is DIRECTED to send a copy of this order to Winningham and to Judge Tsuchida.

//
//
//

1 | DATED this 11th day of May, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE