# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM JAMES WINNINGHAM , <br><br>               Plaintiff, <br>   v. <br><br>LYNNWOOD CITY MUNICIPAL COURT , <br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br>CASE NO. C17-0232-JCC-BAT |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The report and recommendation (Dkt. No. 5) is ADOPTED. Petitioner's habeas petition (Dkt. No. 1) is DISMISSED without prejudice for failure to prosecute.

DATED this 11th day of May 2017.

                                                      WILLIAM M. MCCOOL <br>
                                                    Clerk of Court

                                                    /s/ *Paula McNabb* <br>
                                                    Deputy Clerk